UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

MICHAEL ST. AUBYN NEWELL, A043730694,

    Petitioner,

    -v-

ERIC H. HOLDER, JR., Attorney General of the
United States; WALTER M. INGRAM, Office of
Enforcement and Removal Operations Post Order
Custody Review Unit Chief, Washington, DC Feild
Office; MICHAEL PHILLIPS, Field Office Director
Office of Enforcement and Removal Operations
Buffalo Field Office Department of Homeland Security
Bureau of Immigration and Customs Enforcement;
SEAN CALLAGHER, Designated Field Office
Director, ERO Buffalo Federal Detention Facility;
TODD TRYON, Assistant Field Office Director,
Buffalo Federal Detention Facility; Mr. SCHRADER,
Supervisory Detention and Deportation Officer
Buffalo Federal Detention Facility and Officer
GUNTHER, Deportation Officer Buffalo Federal
Detention Facility;

    Respondents.

13-CV-0475C
ORDER



---

Petitioner Michael St Aubyn Newell, who is currently detained at Buffalo Federal Detention Facility pursuant to a final order of removal, seeks relief pursuant to 28 U.S.C. § 2241 as more fully set forth in the petition. Petitioner has paid the $ 5.00 filing fee.

IT HEREBY IS ORDERED as follows:

**1.** Within **45 days** of the service of this order, respondent shall file and serve an **answer** to the application with the Clerk of Court which shall respond to the allegations of the petition. Alternatively, in the appropriate case, respondent may file a motion to dismiss the petition, accompanied by pertinent exhibits which demonstrate that an answer to the petition is unnecessary, by no later than **45 days** from service of this order.

Respondent also shall file and serve by the above date a **memorandum of law** with the Clerk of Court addressing each of the issues raised in the petition and including citations of relevant supporting authority. Respondent is directed to accompany all citations to sections of the Immigration and Naturalization Act with reference to the appropriate sections of 8 U.S.C.

Petitioner shall have **25 days** upon receipt of the answer to file a written response to the answer and memorandum of law (or motion to dismiss).

2. The Clerk of Court shall serve a copy of the petition, together with a copy of this order, by certified mail, upon the following:

- Facilities Director, Buffalo Federal Detention Center, 4250 Federal Drive, Batavia, New York 14020;

- Office of General Counsel, Department of Homeland Security, Washington, D.C. 20528;

- Attorney General of the United States, Main Justice Building, 10th and Constitution Avenues N.W., Washington, DC 20530;

- United States Attorney for the Western District of New York, Civil Division, 138 Delaware Avenue, Buffalo, New York 14202.

**THE PETITIONER MUST FORWARD A COPY OF ALL FUTURE PAPERS AND CORRESPONDENCE TO THE ATTORNEY APPEARING FOR THE RESPONDENT.**

SO ORDERED.

_____
JOHN T. CURTIN
United States District Judge

DATED: 5/15, 2013
Buffalo, New York